UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Case No. 15-mc-51822
                                          Hon. Matthew F. Leitman

v.

RICHARD SPANKE,

    Defendant.

_____/

**ORDER OVERRULING DEFENDANT'S
OBJECTION TO GARNISHMENT (ECF #4)**

On December 29, 2015, the Government filed an application for a writ of continuing garnishment with respect to a previous judgment entered against Defendant Richard Spanke ("Spanke") (the "Application"). (*See* ECF #1.) Spanke filed an objection to the Application on January 21, 2016 (the "Objection"). (*See* ECF #4.) The Court held a hearing on the Objection on February 17, 2016.

For the reasons stated at the hearing, **IT IS HEREBY ORDERED** that Spanke's Objection (ECF #4) is **OVERRULED**. As explained on the record, Spanke may renew his objections upon a change in circumstances.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: February 17, 2016        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2016, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (313) 234-5113